FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 3 0 2009

GREGORY C. LANGHAM
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____ 09CV02329    *BnB*

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

ERIC CHRISTOPHER PROVENCIO,

      Plaintiff,

v.

C. STARK, and
D. RODENBECK,

      Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

      Plaintiff has submitted a Certificate of Service, a Prisoner's Motion and Affidavit

for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a Prisoner Complaint. As part

of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that

the submitted documents is deficient as described in this order. Notwithstanding the

deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff

will be directed to cure the following if he wishes to pursue his claims. Any papers

which the Plaintiff files in response to this order must include the civil action number on

this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)  \_\_  is not submitted
(2)  \_\_  is missing affidavit
(3)  __X__  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing **(account statement submitted is too old)**
(4)  \_\_  is missing certificate showing current balance in prison account(5)  \_\_is missing required financial information
(6)  \_\_  is missing an original signature by the prisoner
(7)  \_\_  is not on proper form (must use the court's current form)
(8)  \_\_  names in caption do not match names in caption of complaint, petition or habeas application
(9)  \_\_  An original and a copy have not been received by the court. Only an original has been received.
(10)  \_\_  other:_____.

**Complaint, Petition or Application**:

(11)  \_\_  is not submitted
(12)  \_\_  is not on proper form (must use the court's current form)
(13)  \_\_  is missing an original signature by the prisoner
(14)  \_\_  is missing page nos. \_\_
(15)  \_\_  uses et al. instead of listing all parties in caption
(16)  \_\_  An original and a copy have not been received by the court.  Only an original has been received.
(17)  \_\_  Sufficient copies to serve each defendant/Defendant have not been received by the court.
(18)  \_\_  names in caption do not match names in text
(19)  \_\_  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Plaintiff

files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the application and

the action will be dismissed without further notice.  The dismissal shall be without

prejudice.

DATED at Denver, Colorado, this 28ᵗʰ day of September , 2009.

BY THE COURT:


BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. : **09CV02329**

Eric Christopher Provencio
Reg No. 25695-086
US Penitentiary ADX
P.O. Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on___9/30/09____

GREGORY C. LANGHAM, CLERK

By:_____
               Deputy Clerk