IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 09-cv-02329-MSK-KLM

OCT 2 7 2009

ERIC CHRISTOPHER PROVENCIO,

GREGORY C. LANGHAM
CLERK

     Plaintiff,

v.

C. STARK, and
D. RODENBECK,

    Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

**ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

**FURTHER ORDERED** that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED this 26th day of October, 2009.

BY THE COURT:

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 09-cv-02329-MSK-KLM

Eric Christopher Provencio
Reg. No. 25695-086
ADX – Florence
PO Box 8500
Florence, CO 81226

US Marshal Service
Service Clerk
Service forms for: C. Stark and D. Rodenbeck

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on C. Stark and D. Rodenbeck; to United States Attorney General; and to the United States Attorney's Office: COMPLAINT FILED 9/30/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on _10/27/09_ .

                     GREGORY C. LANGHAM, CLERK

            By:_____
                          Deputy Clerk