IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02329-MSK-KLM

ERIC CHRISTOPHER PROVENCIO,

    Plaintiff,

v.

C. STARK, and
D. RODENBECK,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court pursuant to **Defendants' Motion to Take the Deposition of Incarcerated Plaintiff** [Docket No. 54, Filed June 25, 2010] ("the Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Pursuant to Fed. R. Civ. P. 30(a)(2), the deposition of Plaintiff shall be held at the time and date agreed upon by the parties, and in compliance with ADX procedures, but shall not exceed seven hours total.

Dated: June 25, 2010