IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02329-MSK-KLM

ERIC CHRISTOPHER PROVENCIO,

    Plaintiff,

v.

C. STARK, and
D. RODENBECK,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court pursuant to Plaintiff's **Motion to Compel Discovery** [Docket No. 70, Filed August 5, 2010] ("the Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. The Motion fails to comply with D.C.COLO.LCivR 37.1 in that the discovery requests at issue have neither been set forth therein nor attached to the Motion. Further, despite that Plaintiff indicates that he gave Defendants a deadline to respond to his discovery requests, he does not indicate when such requests were served upon Defendants. In order to receive relief from the Court on this issue, more detail must be provided by Plaintiff. Plaintiff must provide: (1) a copy of the discovery requests served on Defendants; and (2) the date on which the discovery requests were served on Defendants.

Dated: August 6, 2010