IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02329-WJM-KLM

ERIC CHRISTOPHER PROVENCIO,

      Plaintiff,

v.

C. STARK, and
D. RODENBECK,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Motion to Reschedule Pretrial Conference** [Docket No. 105; Filed April 22, 2011] (the "Motion").  The Motion was filed by Plaintiff after entry of appearance on his behalf by counsel [Docket No. 104].  After the Motion was filed, Plaintiff's counsel filed a certificate of conferral indicating that Defendants do not oppose the Motion and proposing that the Court allow counsel ninety days to familiarize himself with the case [Docket No. 107].

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Final Pretrial Conference set for May 4, 2011 at 10:30 a.m. is **vacated** and **RESET** to **August 9, 2011 at 10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  As the parties have already submitted a proposed pretrial order [Docket No. 85], no further submission is required in advance of the conference unless either party wishes to amend it.

      IT IS FURTHER **ORDERED** that any amended proposed pretrial order shall be submitted on or before **August 2, 2011**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures <u>must</u> be submitted in a useable format (i.e., WordPerfect) and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

      Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website.**

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification.  *See* D.C.COLO.LCivR 83.2B.

Dated:  April 25, 2011