IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02329-WJM-KLM

ERIC CHRISTOPHER PROVENCIO,

    Plaintiff,

v.

C. STARK, and
D. RODENBECK,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion Requesting a Status Conference** [Docket No. 119; Filed May 27, 2011] (the "Motion").  Counsel for Plaintiff recently entered an appearance on his behalf.  Prior to that time, Plaintiff had been proceeding *pro se*.  Because the discovery deadline expired prior to entry of counsel, the parties jointly request to appear for a status conference to discuss whether reopening discovery is appropriate and to determine the scope of such discovery.  They also seek to set new deadlines.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  A Status Conference is set for **June 15, 2011 at 11:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  The parties may appear telephonically by contacting Chambers on a single line at **(303) 335-2770**.

Dated:  May 31, 2011