IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen         Date:   January 28, 2013
Court Reporter:   Gwen Daniel

_____

Civil Action No. 09-cv-02329-WJM           *Counsel:*

ERIC CHRISTOPHER PROVENCIO,                Stephen G. McWhirter
                                           James H. Chalat
        Plaintiff,

v.

C. STARK and                               Susan Prose
D. RODENBECK,                              Mustafa A. Hersi
                                           Theresa Montoya
        Defendants.

_____

# COURTROOM MINUTES
_____

JURY TRIAL - DAY ONE

08:05 a.m.  Court in Session

Appearances

Court's comments

The Court addresses the Order issued last Friday reconsidering the defendants' motion limine.

Discussion

The plaintiff requests Rule 615.

**ORDERED: Rule 615 shall be invoked.**

Court's comments

Plaintiff and defendants move under local Rule 47.1 for written authorization from the Court for counsel to communicate with members of the jury at the conclusion of the trial.

**ORDERED:** **The parties' oral motion is granted. A text only entry order will enter this morning authorizing communications with the jury under the following restrictions, which will be strictly enforced:**
**No. 1. Only counsel may speak with the jurors.**
**No. 2. The communication may only take place after the conclusion of the trial.**
**No. 3. The communication may only occur in this courtroom and only with those jurors who voluntarily choose to return into the courtroom to speak with the lawyers after the Court meets with them after trial.**

Mr. McWhirter's comments

Mr. McWhirter states that Plaintiff's Exhibit No. 44 is a drawing by the plaintiff of his cell, and the placement of the plaintiff and both defendants right after the incident. The defendants have indicated that they will stipulate to the exhibit.

Ms. Prose confirms that the defendants stipulate to Exhibit No. 44

08:24 Court in Recess
08:48 Court in Session - Jury panel present

09:00 Jury sworn voir dire

09:00 Voir dire commences

Court's opening remarks to the jury panel

09:50 Voir dire (by Mr. McWhirter)

10:02 Voir dire (by Mr. Hersi)

10:06 - 10:08 Bench conference

10:14 Court in Recess
10:41 Court in Session

10:48 - 10:49 Bench conference

10:51 Jury voir dire completed

Challenges for cause:
1) 100214017
2) 100223910
3) 100217407

Plaintiff's peremptory challenges:
1) 100235044
2) 100209726
3) 100205003

Defendants' peremptory challenges:
1) 100221633
2) 100229651
3) 100201965

10:53  Jury sworn to try:
1) 100210714
2) 100201558
3) 100240160
4) 100233827
5) 100201389
6) 100203784
7) 100217526
8) 100208466

10:54 Court's preliminary instructions to the jury

11:09 Opening Statement (by Mr. McWhirter)

11:18 Opening Statement (by Mr. Hersi)

11:33  Court in Recess
12:53  Court in Session - without jury

Court's comments

12:54  Argument (by Mr. McWhirter)

Plaintiff moves for a mistrial, or in the alternative, a curative instruction based on a violation of this Court's order with regards to their motion in limine.  Plaintiff also moves for a mistrial, or in the alternative, a curative instruction with regards to the defendants' statement that plaintiff is seeking money out of the defendants' pocket.

12:56 Argument (by Mr. Hersi)

01:04  Argument (by Mr. McWhirter)

**ORDERED:**   **The oral motions for mistrial are GRANTED IN PART AND DENIED IN PART.  The motion is GRANTED as to Mr. Hersi's comment in opening statement that the defendants would be personally responsible for the judgment.**

              **The oral motion with regard to a violation of this Court's order is DENIED.**

**ORDERED:**   **The costs for today's proceedings, including jury costs, are awarded to the plaintiff.**

**ORDERED:**   **Jury selection in this case will start at 8:30 tomorrow.   Counsel should be here at 8:20 a.m.**

Ms. Prose's comments

Court's comments

01:19  Jury present

The Court explains to the jury that a mistrial has been declared.  The jury is excused after the Court thanks them for their service.

01:22 Jury excused.

Mr. McWhirter's comments

Court's comments

**ORDERED:**   **Defendant is REMANDED to the custody of the U.S. Marshal.**

01:24 p.m.    Court in Recess
               Trial concluded
               Time: three hours and eight minutes