IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date:  January 29, 2013
Court Reporter:  Gwen Daniel

_____

Civil Action No. 09-cv-02329-WJM          *Counsel:*

ERIC CHRISTOPHER PROVENCIO,               Stephen G. McWhirter
                                          James H. Chalat
        Plaintiff,

v.

C. STARK and                              Susan Prose
D. RODENBECK,                             Mustafa A. Hersi

        Defendants.

_____

**COURTROOM MINUTES**
_____

JURY TRIAL - DAY ONE

09:30 a.m.  Court in Session

Appearances

Theresa Montoya, Attorney for the Bureau of Prisons, also present.

Court's comments

Ms. Prose's comments

The parties have reached an agreement as to the terms of a binding settlement, and dismissal with prejudice of the case.  Within 30 days the parties will file their dismissal documents.

Ms. Prose advises the Court of the terms of the agreement, in principle.

Mr. Chalat's comments

Mr. Chalat confirms, on behalf of the plaintiff, that the plaintiff agrees to the terms as set out by Ms. Prose.  They agree that the settlement is binding, a jury trial is not needed; and that they have 30 days from today in order to fie the documents with the Court documenting the settlement.

Court's colloquy with Mr. Provencio

Mr. Provencio answers in the affirmative that he agrees with everything his attorney, Mr. Chalat, stated on the record, that he is not required to settle this case and could still go to trial this morning; and that it is his desire to enter into the agreement.

Court's colloquy with Theresa Montoya, Attorney for the Bureau of Prisons

**ORDERED:  The trial set to commence this morning is VACATED.**

**The parties shall file a joint stipulation and dismissal with prejudice by March 1, 2013.**

Court's comments to counsel

**ORDERED:  Plaintiff is REMANDED to the custody of the U.S. Marshal.**

09:43 a.m.   Court in Recess
             Trial concluded
             Time: 13 minutes